1   E. MARTIN ESTRADA
    United States Attorney
2   DAVID T. RYAN
    Assistant United States Attorney
3   Chief, National Security Division
    MARK TAKLA (Cal. Bar No. 218111)
4   KATHRYNNE SEIDEN (Cal. Bar No. 310902)
    Assistant United States Attorneys
5   Terrorism and Export Crimes Section
         1500 United States Courthouse
6        312 North Spring Street
         Los Angeles, California 90012
7        Telephone:  (213) 393-8125/(213) 894-0631
         Email:      mark.takla@usdoj.gov
8                    kathrynne.seiden@usdoj.gov

9   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,          No. 2:24-MJ-05907
13
                    Plaintiff,         GOVERNMENT EX PARTE APPLICATION TO
14                                     CONTINUE POST-INDICTMENT
                    v.                 ARRAIGNMENT DATE FOR DEFENDANT
15                                     NATHANIEL JAMES MCGUIRE
    NATHANIEL JAMES MCGUIRE
16                                     **CURRENT PIA DATE:**    10/18/2024
                    Defendant.         **PROPOSED PIA DATE:**   10/25/2024
17

18

19       The government applies ex parte for an order continuing the

20  Post-Indictment Arraignment in the above-entitled case currently set

21  for October 18, 2024 to October 25, 2024.

22  ///

23

24

25

26

27

28

1    This ex parte application is based on the attached the

2 declaration of MARK TAKLA and the records and files in this case.

3  Dated: October 17, 2024          Respectfully submitted,

4                                   E. MARTIN ESTRADA
                                     United States Attorney
5
                                     DAVID T. RYAN
6                                    Assistant United States Attorney
                                     Chief, National Security Division
7

8         /s/
                                     MARK TAKLA
9                                    KATHRYNNE SEIDEN
                                     Assistant United States Attorneys
10
                                     Attorneys for Applicant
11                                   UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF MARK TAKLA

I, MARK TAKLA, declare as follows:

1.    I am an Assistant United States Attorney for United States Attorney's Office for the Central District of California and am assigned to this matter.  Defendant is currently charged with a violation of 18 U.S.C. § 844(i) (Malicious Damage to a Building by Means of Explosive).

2.    Defendant made his initial appearance on September 27, 2024.  At the hearing, defendant waived his right to a preliminary hearing (ECF No. 10) and the Court set Post-Indictment Arraignment for October 18, 2024 (ECF No. 11).

3.    As of the filing of this application, the government has not obtained an indictment.

4.    An indictment must be returned within 30 days of defendant's arrest, which is October 27, 2024.  18 U.S.C. § 3161(b).

5.    On October 16, 2024, I contacted defense counsel, Deputy Public Defenders Erica Choi and Iboh Umodu, regarding defendant's position on the government's application.  They stated that defendant takes no position on the government's request to continue the post-indictment arraignment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed at Orange County, California, on October 17, 2024.

_____
MARK TAKLA