1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  ERICA CHOI (Bar No. 302351)
   (E-Mail: Erica_Choi@fd.org)
3  IBOH UMODU (FL. Bar No. 1025737)
   Deputy Federal Public Defender
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone: (213) 894-2854
   Facsimile: (213) 894-0081
6
7  Attorneys for Defendant
   NATHANIEL JAMES MCGUIRE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>　　　　　Defendant. | Case No. 24-CR-629-TJH<br><br>**EX PARTE APPLICATION FOR ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA PANEL COUNSEL; DECLARATION** |

　　　　Deputy Federal Public Defenders Erica Choi and Iboh Umodu, counsel for Defendant Nathaniel James McGuire, hereby apply pursuant to Local Criminal Rule 44-1 for an order relieving the Federal Public Defender and appointing a CJA Panel Attorney to represent Mr. McGuire based on a conflict of interest.

///

///

This application is based on the attached Declaration, all files and records in this case, and such further information as may be provided to the Court with respect to this application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 23, 2024

/s/ Erica Choi
ERICA CHOI
IBOH UMODU
Deputy Federal Public Defenders
Attorneys for NATHANIEL JAMES MCGUIRE

# DECLARATION

I, Erica Choi, hereby state and declare as follows:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California and have been appointed to represent Nathaniel James McGuire in the above-entitled action.

2. Mr. McGuire is charged with use of a weapon of mass destruction, destruction of a building using an explosive, and possession of an unregistered destructive device. Jury trial is scheduled for September 9, 2025.

3. After internal discussion, the Office of the Federal Public Defender has determined it has a conflict of interest preventing it from continuing its representation of Mr. McGuire. On December 20, 2024, Federal Public Defender Deputy Chief Amy Karlin determined that a conflict of interest exists and that ethical considerations require withdrawal.

4. I am respectfully requesting the Federal Public Defender be relieved and that a CJA panel attorney be appointed for Mr. McGuire. A proposed order is lodged concurrently herewith and no hearing is requested. I will inform Mr. McGuire that this application is being filed, and mail a copy of the application to him today.

5. On December 21, 2024, Deputy Federal Public Defender Erica Choi advised Assistant United States Attorneys Mark Takla and Kathrynne Seiden that the Federal Public Defender would seek to be relieved from the case and request CJA counsel be appointed based upon a conflict of interest. As of the time of this filing, the government has not indicated if it has any objection to the ex parte filing of this application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: December 23, 2024        */s/ Erica Choi*
                                 ERICA CHOI