TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN YANNIELLO
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 393-8125/(714) 338-3591
     E-mail:   mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>　　　　Defendant. | No. CR 24-00629-JGB<br><br>STIPULATION REGARDING REQUEST FOR <u>(1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATE:** 4/07/2026<br>**PROPOSED TRIAL DATE:** 9/22/2026 |

　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Takla and Kathrynne Seiden, and defendant Nathaniel James McGuire ("defendant"), both individually and by and through his counsel of record, Katherine McBroom, hereby stipulate as follows:

　　　1.　The Indictment in this case was filed on October 23, 2024. Defendants first appeared before a judicial officer of the court in which the charges in this case were pending on September 27, 2024.

1  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the
2  trial commence on or before January 1, 2025.
3       2.   On October 25, 2024, the Court set a trial date of December
4  17, 2024 and a status conference for November 4, 2024.  The Court
5  previously continued the case to September 16, 2025 and April 7,
6  2026.
7       3.   Defendant is detained pending trial.  The parties estimate
8  that the trial in this matter will last approximately 4-5 days.
9       4.   By this stipulation, defendant moves to continue the trial
10 date to September 22, 2026 and a pretrial conference to September 14,
11 2026.  This is the third request for a continuance.
12      5.   Defendant requests the continuance based upon the following
13 facts, which the parties believe demonstrate good cause to support
14 the appropriate findings under the Speedy Trial Act:
15           a.   Defendant is charged with violations of 18 U.S.C.
16 § 2332a(a)(2) (Use of a Weapon of Mass Destruction); 18 U.S.C.
17 § 844(i) (Malicious Destruction of a Building Using an Explosive);
18 and 26 U.S.C. § 5861(d) (Possession of an Unregistered Destructive
19 Device).  The government has produced discovery to the defense,
20 including but not limited to over 5,000 pages of law enforcement
21 reports, search warrants, photographs, and audio and video files,
22 including a recording of defendant's Mirandized statement with law
23 enforcement.
24           b.   Defense counsel represents that she is presently
25 scheduled to be in various trials and other commitments, as
26 referenced in the attached Appendix A.  Further, counsel requires
27 additional time to consult with defense experts and analyze discovery
28 prior to the currently scheduled trial date.  Accordingly, counsel

represent that she will not have the time that she believes is necessary to prepare to try this case on the current trial date.

   c. Further, due to a lapse in funding under the Criminal Justice Act from July through November 2025, defense counsel was unable to hire experts and investigators, thereby causing a delay in her evaluation of the case.

   d. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel further anticipates that there may be a need for competency proceedings. Defense counsel represents that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

   f. The government does not object to the continuance.

   g. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

  6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that

the time period of December 17, 2024, through September 22, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy

///

1  Trial Act may in the future authorize the exclusion of additional
2  time periods from the period within which trial must commence.
3      IT IS SO STIPULATED.
4   Dated: February 19, 2026         Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

IAN YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*
_____
MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

     I am Nathaniel James McGuire's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than September 22, 2026 is an informed and voluntary one.

*/s/ Katherine C. McBroom*                 03/03/2026
_____           _____
KATHERINE MCBROOM                          Date
Attorney for Defendant
NATHANIEL JAMES MCGUIRE

```
 1        I have read this stipulation and have carefully discussed it
 2   with my attorney.  I understand my Speedy Trial rights.  I
 3   voluntarily agree to the continuance of the trial date, and give up
 4   my right to be brought to trial earlier than September 22, 2026.
 5   /s/ Katherine C. McBroom   on behalf of
 6     Nathaniel McGuire with his consent.      03/03/2026
     _____  _____
 7   NATHANIEL JAMES MCGUIRE                     Date
     Defendant
 8
        Please see attached declaration of
 9
         Katherine C. McBroom.
```

6

# APPENDIX A

Katherine "Kacey" McBroom (SBN 223559)
MCBROOM LAW, P.C.
242 26th Street, Unit C
Santa Monica, CA 90402
Tel: 310.666.5198
kmcbroom@mcbroomlegal.com

Attorney for Defendant
NATHANIEL MCGUIRE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>Defendant. | Case No.: 2:24-cr-00629-JGB<br><br>**DECLARATION OF KATHERINE C. MCBROOM** |

## DECLARATION OF KATHERINE C. MCBROOM

I, Katherine C. McBroom, declare as follows:

1. I am CJA Counsel to Defendant Nathaniel McGuire ("Mr. McGuire") in the above-entitled matter. The Court appointed me as counsel on January 3, 2025.

2. Mr. McGuire is charged with violations of 18 U.S.C. § 2332a(a)(2) (Use of a Weapon of Mass Destruction); 18 U.S.C. § 844(i) (Malicious Destruction of a Building Using an Explosive); and 26 U.S.C. § 5861(d) (Possession of an Unregistered Destructive Device).

3. Currently, trial is scheduled for April 7, 2026

4. For the reasons stated below, I require additional time to effectively prepare for trial.

5. I require additional time to evaluate discovery, including the government's analyses of the physical evidence seized. Further, I require time to consult with our defense experts and Mr. McGuire concerning the materials seized and analyzed.

6. Further, I am scheduled to be in various trials and have other commitments which conflict with the currently scheduled trial and will impact my ability to adequately prepare Mr. McGuire's defense in this matter.

7. I am scheduled for trial in the following matters:

   a. *People v. Christopher Lam*, Case No. SA107765, Los Angeles County Superior Court, Trial 0 of 10: April 14, 2026 (0/30); 10-12 days.

   b. *U.S. v. Jamarillo, et al.* (Def 18 - Javier Martinez); 2:23-cr-00411-HDV; Trial: November 3, 2026; 5-7 days.

   c. *U.S. v. David Brown*, Case No. 2:25-cr-00691; Trial: July 14, 2026; 5-7 days.

   d. *U.S. v. Cortez-Garcia,* Case No. 2:25-cr-00478; Trial: July 21, 2026; 2 days.

8. Currently, Mr. McGuire is housed at the Central Valley Annex in McFarland, California which is approximately 140 miles outside of Los Angeles.

9. Mr. McGuire agrees to a trial continuance. On February 26, 2026, I met with Mr. McGuire via Zoom. We discussed the attached Stipulation Regarding Request for Continuance of the Trial Date and the Findings of Excludable Time Period Pursuant to the Speedy Trial Act.

10. Mr. McGuire consented to me signing the Stipulation and Speedy Trial Waiver on his behalf.

11. I have mailed a copy of the Stipulation to Mr. McGuire at the Central Valley Annex for his signature. Once I receive the signed Stipulation, I will file a copy with the Court.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on this 3rd day March 2026 in Santa Monica, California.

*Katherine C. McBroom*
_____
KATHERINE C. MCBROOM