TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN YANNIELLO
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 393-8125/(714) 338-3591
     E-mail:    mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00629-JGB |
|---|---|
| Plaintiff, | DEFENDANT'S SIGNATURE RE STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| NATHANIEL JAMES MCGUIRE, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Takla and Kathrynne Seiden, and defendant Nathaniel James McGuire ("defendant"), through his counsel of record, Katherine McBroom,

///

hereby files defendant's signature on the Speedy Trial stipulation requesting a continuance of the case to September 22, 2026 filed on March 3, 2026 (Docket 31-1).

 Dated: March 20, 2026              Respectfully submitted,

                                    TODD BLANCHE
                                    Deputy Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    IAN YANNIELLO
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                         /s/
                                    _____
                                    MARK TAKLA
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than September 22, 2026.

_Nathaniel J. McGuire_

NATHANIEL JAMES MCGUIRE
Defendant

_March 10th, 2026_
Date

6