Katherine "Kacey" McBroom (SBN 223559)
MCBROOM LAW, P.C.
242 26thn Street, Unit C
Santa Monica, California 90402
Tel: (310) 666-5198
kmcbroom@mcbroomlegal.com

Attorney for Defendant
NATHANIEL MCGUIRE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>        Defendant. | Case No.: 2:24-cr-00629-JGB<br><br>***EX PARTE* APPLICATION FOR ORDER REQUIRING PROBATION OFFICE TO PREPARE PRE-PLEA REPORT** |

Defendant, Nathaniel McGuire, through his appointed counsel, Katherine McBroom, hereby applies to this Court for an order directing the United States Probation Office to prepare and issue a pre-plea report relating to defendant's criminal history calculation.

This application is based on the attached declaration of Katherine C. McBroom, all files and records in this case, and any further information supplied to the court by the defense prior to a ruling hereon.

Date: April 15, 2026                    MCBROOM LAW, P.C.


                                        *s/Katherine C. McBroom*
                                        Katherine C. McBroom
                                        Counsel for Defendant
                                        Nathaniel McGuire

1

## <u>DECLARATION OF KATHERINE C. MCBROOM</u>

I, Katherine C. McBroom, declare as follows:

1. I am CJA Counsel to Defendant Nathaniel McGuire ("Mr. McGuire") in the above-entitled matter. The Court appointed me as counsel on January 3, 2025.

2. Mr. McGuire is charged with violations of 18 U.S.C. § 2332a(a)(2) (Use of a Weapon of Mass Destruction); 18 U.S.C. § 844(i) (Malicious Destruction of a Building Using an Explosive); and 26 U.S.C. § 5861(d) (Possession of an Unregistered Destructive Device).

3. Currently, trial is scheduled for September 22, 2026.

4. I believe that it is prudent to request a pre-plea investigation by the United States Probation Office in order to obtain that office's opinion as to its calculation of defendant's criminal history so that I may properly advise my client as to his potential exposure to prison time.

5. Therefore, I respectfully request an order directing the United States Probation Office to prepare and issue a pre-plea report.

6. On February 26, 2026, I communicated with Mr. McGuire of my intention to request a pre-plea report, and he consents to this request. **EXHIBIT A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Santa Monica, California on April 15, 2026.

*Katherine C. McBroom*
KATHERINE C. MCBROOM

EX PARTE APPLICATION FOR ORDER; DECLARATION OF KATHERINE C. MCBROOM

# EXHIBIT A

PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT | OF CALIFORNIA |

### Consent to Institute a Presentence Investigation and Disclose the Report
### Before Conviction or Plea of Guilty

I,   NATHANIEL MCGUIRE                                                                          , hereby consent

(Name of Defendant)

to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

March 10th, 2026

(Date)

_Nathaniel J. McGuire_

(Signature of Defendant)

3/18/26

(Date)

(Defendant's Attorney)