cc: USPO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>     Defendant. | Case No.: 2:24-cr-00629-JGB<br><br>**ORDER FOR PREPARATION AND ISSUANCE OF PRESENTENCE REPORT RELATING TO DEFENDANT'S CRIMINAL HISTORY** |

**GOOD CAUSE SHOWING:**

**IT IS HEREBY ORDERED** that the United States Probation Office initiate a pre-plea investigation of defendant Nathaniel McGuire's criminal history before conviction and/or plea of guilty.

**IT IS FURTHER ORDERED** that said pre-plea investigation report shall be completed and a copy of the report shall be provided to Katherine C. McBroom, attorney for defendant Nathaniel McGuire, as soon as possible.

**DATED:** April 20, 2026

_____
**HONORABLE JESUS G. BERNAL**
**UNITED STATES DISTRICT JUDGE**

1
ORDER RE EX PARTE APPLICATION