KATHERINE McBROOM (SBN 223559)
MCBROOM LAW, P.C.
242 26thn Street, Unit C
Santa Monica, California 90402
Tel: (310) 666-5198
kmcbroom@mcbroomlegal.com

Attorney for Defendant
NATHANIEL MCGUIRE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>        Defendant. | Case No.: 2:24-cr-00629-JGB<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

NOTICE OF WITHDRAWAL OF MOTION

## NOTICE OF WITHDRAWAL OF MOTION

On March 11, 2026, Defendant Nathaniel McGuire ("Mr. McGuire") filed a motion to dismiss count three in *pro per.* On March 18, 2026, the Court ordered defense counsel to have Mr. McGuire either withdraw the motion or file a properly noticed motion no later than April 3, 2026.

Defense counsel does not adopt the *pro se* motion and, at this time, Mr. McGuire does not seek to proceed *pro se.* The defense requests that the motion be withdrawn.

Should the Court wish for Mr. McGuire to sign a Notice of Withdrawal, the defense requires additional time to submit a draft notice to Mr. McGuire and to receive the signed document back for submission to the Court. Mr. McGuire is housed quite a distance from Los Angeles. On or about March 27, 2026, Mr. McGuire was transferred from the Geo Group at the Central Valley Annex in McFarland, California to the California City Detention Facility, which is approximately 115 miles from counsel's home.

Date: April 20, 2026                              MCBROOM LAW, P.C.


                                                  *s/Katherine C. McBroom*
                                                  Katherine C. McBroom
                                                  Counsel for Defendant
                                                  Nathaniel McGuire

## DECLARATION OF KATHERINE C. MCBROOM

I, Katherine C. McBroom, declare as follows:

1.     I am CJA Counsel to Defendant Nathaniel McGuire ("Mr. McGuire") in the above-entitled matter. The Court appointed me as counsel on January 3, 2025.

2.     Mr. McGuire is charged with violations of 18 U.S.C. § 2332a(a)(2) (Use of a Weapon of Mass Destruction); 18 U.S.C. § 844(i) (Malicious Destruction of a Building Using an Explosive); and 26 U.S.C. § 5861(d) (Possession of an Unregistered Destructive Device).

3.     Currently, trial is scheduled for September 22, 2026.

4.     On March 11, 2026, Mr. McGuire filed a motion to dismiss count three in *pro per.*

5.     On March 18, 2026, the Court ordered defense counsel to have Mr. McGuire either withdraw the motion or file a properly noticed motion no later than April 3, 2026.

6.     I do not adopt the *pro se* motion and, at this time, Mr. McGuire does not seek to proceed *pro se.*

7.     I, on Mr. McGuire's behalf, request that the motion be withdrawn.

8.     Should the Court wish for Mr. McGuire to sign a Notice of Withdrawal, the defense requires additional time to submit a draft notice to Mr. McGuire and to receive the signed document back for submission to the Court.

9.     Currently, Mr. McGuire is housed quite a distance from Los Angeles.

10.    On or about March 27, 2026, Mr. McGuire was transferred from the Geo Group at the Central Valley Annex in McFarland, California to the California City Detention Facility, which is approximately 115 miles from counsel's home.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on this 20th day April 2026 in Santa Monica, California.



___  *Katherine C. McBroom*  ___

NOTICE TO WITHDRAW MOTION