# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR24-00629-JGB Date: September 14, 2026

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| Maynor Galvez | Myra Ponce | n/a | Mark P. Takla |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Nathaniel James McGuire | Katherine McBroom, CJA |
| ☑ Custody ☐ Bond ☐ O/R | ☑ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS: CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment

☑ Defendant now enters a new and different plea of Guilty to Count(s) 1 & 2 of the Indictment

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to March 1, 2027, at 2:00 p.m. for sentencing.

☑ The Court vacates the court and/or jury trial date.

☐ The pretrial conference set for ________ is off calendar as to defendant ________.

☐ Court orders:

☐ Other:

____ : 27

Initials of Deputy Clerk mg

*cc:* ***USPO/USM-ED***