TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
MARK TAKLA (Cal. Bar No. 218111)
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (714) 338-3591
(213) 894-0631
(213) 894-0719
E-mail: Mark.Takla@usdoj.gov
Kathrynne.Seiden@usdoj.gov
Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL JAMES MCGUIRE,<br><br>Defendant. | Case Number 2:24-CR-629-JGB<br><br>GOVERNMENT'S APPLICATION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE<br><br>*[Proposed] Preliminary Order Of Forfeiture Lodged Under Separate Cover*<br><br>*[No Hearing Requested]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff United States of America, by and through its counsel of record, the Attorney General, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Alexander Su, hereby applies for issuance of

an Amended Preliminary Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b) to correct the serial number of the Forfeitable Property particularly described as One Mossberg shotgun, model H009G, bearing serial number V1906652, and any attachments thereto listed on the Preliminary Order of Forfeiture entered on September 25, 2026 (Dkt. 49).

The correct description of the Forfeitable Property is described One Mossberg shotgun, model **M590A1**, bearing serial number V1906652, and any attachments thereto. This Application does not seek to alter any other aspect of the Preliminary Order of Forfeiture.

DATED: November 10, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

*/s/Alexander Su*

MARK TAKLA
KATHRYNNE SEIDEN
ALEXANDER SU
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA