UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATHANIEL JAMES MCGUIRE,<br>Defendant. | Case Number 2:24-CR-629-JGB<br><br>AMENDED PRELIMINARY ORDER OF FORFEITURE |

Upon consideration of the application of Plaintiff, UNITED STATES OF AMERICA, for a preliminary order of forfeiture, and the conviction of NATHANIEL JAMES MCGUIRE ("defendant") on Counts 1 and 2 of the Indictment, Federal Rule of Criminal Procedure 32.2(b), and good cause appearing thereon, IT IS HEREBY ORDERED:

**I. FORFEITABLE PROPERTY**

For the reasons set out below, any right, title, and interest of defendant in the following described property (hereinafter, the "Forfeitable Property") is hereby forfeited to the United States. The Court finds that the government has established the requisite nexus between the Forfeitable Property and the offenses of

conviction, as described in the Indictment, which charged defendant with violating 18 U.S.C. §§ 2332a(a)(2) (use of weapon of mass destruction) and 844(i) (malicious destruction of a building using an explosive). The Forfeitable Property is more particularly described as:

i. 10 Molotov cocktails;

ii. One Mossberg shotgun, model M590A1, bearing serial number V1906652, and any attachments thereto;

iii. One Henry Gun Company rifle, model HO09G, bearing serial number WTT0O793 8G, and any attachments thereto;

iv. Flare gun and ammunition recovered from defendant’s Ford Mustang, California license plate #4VWB146, on or about September 26, 2024; and

v. One can containing black powder with nails glued to the outside.

**II. IMPLEMENTATION**

IT IS FURTHER ORDERED AS FOLLOWS:

A. Upon the entry of this Order, and pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853, the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property.

B. Upon entry of this Order, the United States is further authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeitable Property subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m) and Federal Rule of Criminal Procedure 32.2(b)(3). “Any discovery” shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

C. Upon entry of this Order (and at any time in the future after amendment of the applicable order of forfeiture in this matter), the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

1) Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government shall forthwith publish for at least thirty (30) consecutive days on an official government website notice of this order and any other Order affecting the Forfeitable Property, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.

2) Any person other than defendant asserting a legal interest in the Forfeitable Property may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

3) Any petition filed by a third party asserting an interest in the Forfeitable Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in such property, the time, and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. 21 U.S.C. § 853(n)(3).

4) The United States shall have clear title to the Forfeitable Property following the Court's disposition of all third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

D. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to defendant at sentencing and shall be made part of his sentence and included in his judgment.

E. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

November 16, 2026
DATE

THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Alexander Su*
ALEXANDER SU
Assistant United States Attorney